UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21788-CIV-SEITZ/O'SULLIVAN

YOLANDA ALZATE,

    Plaintiff,

v.

SAFEGUARD SERVICES, INC.,

    Defendant.
_____/

## ORDER REQUIRING SUPPLEMENTAL FILING

THIS MATTER is before the Court *sua sponte*. On July 21, 2008, the Court issued an Order [DE-6] requiring the parties to file by August 4, 2008, their Settlement Agreement as well as all documents required by this Court's Order Requiring Joint Scheduling Report [DE-3]. Specifically, Plaintiff's counsel was to "provide itemized billing records outlining the hours spent handling the case and support for a reasonable hourly fee rate." The parties timely submitted their Settlement Agreement [DE-7], which notes that Plaintiff's counsel will receive $3,000.00, but did not include billing records. Accordingly, it is hereby

ORDERED that **by August 13, 2008**, Plaintiff's counsel shall submit a designation of fees and costs with itemized billing records outlining the hours spent handling the case and support for a reasonable hourly fee rate.

DONE and ORDERED in Miami, Florida, this 7th day of August, 2008.

                                                  PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Magistrate Judge John J. O'Sullivan